UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24415-CIV-ALTONAGA

**FELIX ECHEVERRIA**,

    Plaintiff,

vs.

**THERMA SEAL INSULATION SYSTEMS, INC.**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants' Motion to Dismiss or, in the Alternative, to Transfer for Improper Venue ("Motion") [ECF No. 16], filed January 8, 2016. The Motion seeks an order dismissing the case so Plaintiff may re-file it in the West Palm Beach Division, or alternatively, an order transferring the case to the West Palm Beach Division. (*See* Mot. 1). Plaintiff does not oppose the case being transferred to the West Palm Beach Division. (*See id.* 2). Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 16]** is **GRANTED** in part. The Clerk of Court is instructed to randomly reassign the case to the West Palm Beach Division.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of January, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record